(Rev. 6/14/2022)

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUSIANA
## Lafayette Division

| | |
|---|---|
| VICTOR PEREZ MORALES, | ) |
| *Petitioner*, | ) |
| v. | ) Civ. No. 5:25-cv-1738 |
| HERIBERTO TELLEZ, *et al.*, | ) District Judge |
| | ) Magistrate Judge |
| *Respondents*. | ) |

## ORDER

IT IS ORDERED that <u>Stephanie Gibbs</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>Petitioner Victor Perez Morales</u> in the above described action.

SO ORDERED on this, the  14th  day of  November , 2025.

_____
U.S. Magistrate Judge