# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **VICTOR HUGO PEREZ MORALES** | ) | **CIVIL ACTION NO: 3:25-cv-01738** |
| | ) | |
| **VERSUS** | ) | **JUDGE DOUGHTY** |
| | ) | |
| **HERIBERTO TELLEZ,** *ET AL.* | ) | **MAGISTRATE JUDGE MCCLUSKY** |
| | ) | |

## ORDER

Upon consideration of the motion filed on behalf of Respondents seeking an extension of time to answer the Petition for Writ of Habeas Corpus, and good cause having been shown,

**IT IS HEREBY ORDERED** that Respondents' Motion for Extension of Time to File Response to Petition for Writ of Habeas Corpus is **GRANTED**, and Respondents be and are hereby **GRANTED** an extension of time of twenty-one (21) days from the date of the instant motion, up to and including February 13, 2026, in which to file a response.

**THUS DONE AND SIGNED** in Chambers in Monroe, Louisiana, this 28th day of January, 2026.

_____
**HONORABLE KAYLA MCCLUSKY**
**UNITED STATES MAGISTRATE JUDGE**